**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Andres Zarco PINEDA, Defendant–Appellant.**

**No. 07–14409**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

March 31, 2008.

Kathleen M. Williams, Miami, FL, Robert E. Adler, Asst. Federal Public Defender, West Palm Beach, FL, for Defendant–Appellant.

Before BARKETT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Robert Adler, appointed counsel for Andres Pineda in this direct criminal and sentencing appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Pineda's conviction and sentence are **AFFIRMED.**